IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANTOS CASTRO-MOTA,<br><br>        *Plaintiff,*<br><br>v.<br><br>MR. GALLAGHER, *et al*,<br><br>        *Defendants.* | Civil Action No. 24-cv-211<br><br>Hon. William S. Stickman IV<br>Hon. Cynthia Reed Eddy |

## ORDER OF COURT

      Petitioner Santos Castro-Mota ("Petitioner") filed a prisoner civil rights complaint. (ECF No. 1). It was not accompanied by the required filing fee or a motion for leave to proceed *in forma pauperis*. After a thorough Report and Recommendation by Magistrate Judge Cynthia Reed Eddy recommending the transfer of this matter to the United States District Court for the Eastern District of Pennsylvania (ECF No. 2), and having received no objections, the Court hereby ADOPTS Magistrate Judge Eddy's Report and Recommendation as its Opinion. It concurs with her legal analysis and conclusion that venue is improper in the United States District Court for the Western District of Pennsylvania.

      AND NOW, this __17__ day of April 2024, IT IS HEREBY ORDERED that the Clerk of Court TRANSFER this matter to the United States District Court for the Eastern District of Pennsylvania forthwith. This case is hereby CLOSED in the United States District Court for the Western District of Pennsylvania.

BY THE COURT:

_/s/ William S. Stickman IV_
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE